1052

[No. 3465–8–III.   Division Three.   December 16, 1980.]

HAY–CO, INC., ET AL, *Respondents,* v. DONALD
HAYNES, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 242764, Harold D. Clarke, J., entered
May 22, 1979. *Affirmed* by unpublished opinion per Roe, J.,
concurred in by Green, C.J., and McInturff, J.

[No. 3356–2–III.   Division Three.   December 16, 1980.]

THE STATE OF WASHINGTON, *Appellant,* v. SUZAN
RAE ORTEGA, *Respondent.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 26982, Donald N. Olson, J., entered
March 7, 1979. *Affirmed* by unpublished opinion per Roe,
J., concurred in by Green, C.J., and McInturff, J.

[No. 7671–0–I.   Division One.   December 17, 1980.]

JOSEPH E. BORDYNOSKI, ET AL, *Appellants,* v. JAMES
P. BERGNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 54835, Marshall Forrest, J., entered
May 17, 1979. *Reversed* by unpublished opinion per James,
J., concurred in by Callow, C.J., and Dore, J.

[No. 7872–1–I.   Division One.   December 17, 1980.]

*In the Matter of the Marriage of* MARILYN J. BROWN,
*Appellant, and* JAMES EDWARD BROWN, JR.,
*Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. D–1996, Stanley E. Stone, J. Pro Tem.,
entered July 10, 1979. *Affirmed* by unpublished opinion per
Durham, J., concurred in by James, A.C.J., and Dore, J.